**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 09-2291**

─────────

JOHN DAVID HENDRICKSON,

              Plaintiff - Appellant,

        v.

IN THE 2OTH JUDICIAL DISTRICT OF VIRGINIA, LOUDOUN COUNTY
COURTS; IN THE 19TH JUDICIAL DISTRICT OF VIRGINIA, FAIRFAX
COUNTY COURTS; JANELLE DAWN WALKER; SARA KATHERINE DARNELL;
MICHELLE DOE,

              Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:09-cv-00563-CMH-IDD)

─────────

Submitted:  February 18, 2010      Decided:  February 23, 2010

─────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

John David Hendrickson, Appellant Pro Se.  Christina Nicole
Gilliam, Assistant Attorney General, Richmond, Virginia;
Alexander Francuzenko, COOK, KITTS & FRANCUZENKO, PLLC, Fairfax,
Virginia, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John David Hendrickson appeals the district court's order dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006) for being frivolous and for failing to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hendrickson v. In the 20th Judicial Dist. of Va., No. 1:09-cv-00563-CMH-IDD (E.D. Va. Sept. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED